IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DATE: 2/26/19

TO: Ed Andrews, Deputy Clerk to Magistrate Judge Carol Sandra Moore Wells

FROM: Peggy Rosser, Deputy Clerk

RE: STATE COURT RECORD

CAPTION: Taylor v. Commonwealth of PA, et al

CASE NO: CA19-603

FILED
FEB 26 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Please acknowledge receipt of the State Court Record as described in the attached letter, which has been received by you.

Please sign and return this letter to the Clerk's Office for filing as a receipt of the State Court Record.

SIGNATURE: _____

DATE: 2/26/19